# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON, | : | **CIVIL NO. 1:16-CV-01953** |
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| JOHN WETZEL, *et al.*, | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

## **MEMORANDUM AND ORDER**

The background of this order is as follows:

The plaintiff commenced this action by a complaint on September 26, 2016. (Doc. 1.) The plaintiff has now moved for leave to file an amended complaint, which would encompass matters that are alleged to have occurred while this case has been pending. (Doc. 36.) The defendants have not opposed this motion, and have confirmed at a hearing held by the Court on September 11, 2017, that they do not intend to actively contest this motion. Rule 15(a) of the Federal Rules of Civil Procedure, which governs amendment of pleadings, strongly favors amendment of pleadings, and provides that such leave to amend should be liberally granted "when justice so requires." FED. R. CIV. P. 15(a)(2).

Accordingly, **IT IS ORDERED** as follows:

1. The plaintiff's motion for leave to amend (Doc. 36) is **GRANTED**, and the plaintiff's proposed amended complaint, (Doc. 36-1), will be docketed by the clerk as the amended complaint in this matter.

2. Within the time frame prescribed by the Federal Rules of Civil Procedure the defendants shall respond to the amended complaint.

**SO ORDERED**, this 26th day of September, 2017.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge