# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIARA BURTON, | CIVIL NO: 1:16–CV–01953 |
| Plaintiff, | |
| v. | (Chief Magistrate Judge Schwab) |
| JOHN WETZEL, *et al.*, | |
| *Secretary of the Pennsylvania Department of Corrections*, | |
| Defendants. | |

## ORDER
August 14, 2018

For the reasons expressed in the accompanying Memorandum (*doc. 81*), **IT IS HEREBY ORDERED** that the Defendants' motion for attorney's fees (*doc. 60*) is **DENIED.**

                                                                                          */S/ Susan E. Schwab*
                                                                                          Susan E. Schwab
                                                                                          United States Chief Magistrate Judge